Dismissed and Opinion filed October 17, 2002









Dismissed and Opinion filed October 17, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00349-CV

____________

 

NOE MARTINEZ, JR., Appellant

 

V.

 

GREENSPOINT
DODGE OF HOUSTON, INC., JAMMIE MOUTON, MORT HALL, JAMES SPARKS, and JACK APPLE,
JR., Appellees

***

GREENSPOINT
DODGE OF HOUSTON, INC., Appellant

 

V.

 

NOE
MARTINEZ, JR., Appellee

 

 



 

On
Appeal from the 129th District Court

Harris
County, Texas

Trial
Court Cause No. 00-00001

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed March 12, 2002.

On October 14, 2002, the parties filed a joint motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.








Accordingly, the appeal is ordered dismissed.  

 

PER CURIAM

Judgment rendered and Opinion
filed October 17, 2002.

Panel consists of Chief Justice
Brister and Justices Hudson and Fowler.  

Do Not Publish C Tex. R. App. P.
47.3(b).